UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 04-3397 and 04-3903

Willis, et al.

vs.

Engrem, et al.

Ronald E. Proctor, Appellant

(Delaware District Civil No. 04-cv-00186)

ORDER

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is ORDERED that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER ORDERED that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron
Clerk

Date: March 15, 2005

cc:
Ronald E. Proctor Jr.
Richard W. Hubbard, Esq.

A TRUE COPY:

William G. Bradley
ACTING CLERK